769 A.2d 1047

PFIZER, INC., PLAINTIFF–APPELLANT, v. EMPLOYERS INSUR-
ANCE OF WAUSAU, DEFENDANT, AND COMMERCIAL UN-
ION INSURANCE, DEFENDANT–RESPONDENT.

January 26, 2001.

The parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.